**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: AT&T INC. CUSTOMER DATA SECURITY
BREACH LITIGATION                                                                                      MDL No. 3114

(SEE ATTACHED SCHEDULE)

**CERTIFIED A TRUE COPY**
**KAREN MITCHELL, CLERK**

Thomas Drew
**DEPUTY CLERK**
**U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS**

June 26, 2024

**CONDITIONAL TRANSFER ORDER (CTO –4)**

On June 5, 2024, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2024). Since that time, 18 additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Ada E. Brown.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Brown.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of June 5, 2024, and, with the consent of that court, assigned to the Honorable Ada E. Brown.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 26, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: AT&T INC. CUSTOMER DATA SECURITY  
BREAST LITIGATION                                                                MDL No. 3114

**SCHEDULE CTO−4 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |

FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 0 | 24−61028 | Barnett v. AT&T Inc. |
| FLS | 9 | 24−80744 | Pires v. AT&T Inc |
| FLS | 9 | 24−80746 | Goldsberry v. AT&T Inc. |