## Cases Related to MDL 3114
## Judge: Ada Brown

| # | Case Number | Title | Other Court | Other Case Number | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | 3:24-md-03114-E | In re: AT&T Inc Customer Data Security Breach Litigation | | | 6/5/2024 | |
| 2 | 3:24-cv-00757-E | In Re: AT&T Data Breach | | | 3/30/2024 | |
| 3 | 3:24-cv-00758-E | March v. AT&T Inc | | | 3/31/2024 | 4/22/2024 |
| 4 | 3:24-cv-00759-E | Nelli v. AT&T Inc | | | 3/31/2024 | 4/22/2024 |
| 5 | 3:24-cv-00760-E | Montoya v. AT&T Inc | | | 3/31/2024 | 4/22/2024 |
| 6 | 3:24-cv-00761-E | Jaramillo v. AT&T Inc | | | 3/31/2024 | 4/22/2024 |
| 7 | 3:24-cv-00769-E | Barkley v. AT&T Inc | | | 4/1/2024 | 4/22/2024 |
| 8 | 3:24-cv-00770-E | Bagley v. AT&T Inc | | | 4/1/2024 | 4/22/2024 |
| 9 | 3:24-cv-00772-E | Cumo et al v. AT&T Inc | | | 4/1/2024 | 4/22/2024 |
| 10 | 3:24-cv-00774-E | Slovenkay et al v. AT&T Inc | | | 4/1/2024 | 4/22/2024 |
| 11 | 3:24-cv-00776-E | Dean v. AT&T lnc | | | 4/1/2024 | 4/22/2024 |
| 12 | 3:24-cv-00782-E | Collier v. AT&T Inc | | | 4/1/2024 | 4/22/2024 |
| 13 | 3:24-cv-00783-E | Lovetro v. AT&T Inc | | | 4/2/2024 | 4/22/2024 |
| 14 | 3:24-cv-00790-E | Williamson v. AT&T Inc | | | 4/2/2024 | 4/22/2024 |
| 15 | 3:24-cv-00793-E | Rosario v. AT&T, Inc. | | | 4/2/2024 | 4/22/2024 |
| 16 | 3:24-cv-00802-E | Aquino v. AT&T Inc. | | | 4/2/2024 | 4/22/2024 |
| 17 | 3:24-cv-00803-E | Casey et al v. AT&T Inc. | | | 4/3/2024 | 4/22/2024 |
| 18 | 3:24-cv-00818-E | Hearon et al v. AT&T, Inc. | | | 4/4/2024 | 4/22/2024 |
| 19 | 3:24-cv-00819-E | Foley v. AT&T Inc | | | 4/4/2024 | 4/22/2024 |
| 20 | 3:24-cv-00824-E | Mathews v. AT&T, Inc. | | | 4/4/2024 | 4/22/2024 |
| 21 | 3:24-cv-00835-E | Williams v. AT&T Inc | | | 4/5/2024 | 4/22/2024 |
| 22 | 3:24-cv-00840-E | Hernandez v. AT&T Inc | | | 4/5/2024 | 4/22/2024 |
| 23 | 3:24-cv-00843-E | Citino et al v. AT&T Inc | | | 4/5/2024 | 4/22/2024 |
| 24 | 3:24-cv-00847-E | Huyler v. AT&T Inc | | | 4/5/2024 | 4/22/2024 |

| # | Case No. | Case Name | District | Orig. Case No. | Filed | Transferred |
|---|---|---|---|---|---|---|
| 25 | 3:24-cv-00863-E | Stover v. AT&T Inc | | | 4/8/2024 | 4/22/2024 |
| 26 | 3:24-cv-00864-E | Turner v. AT&T Inc | | | 4/8/2024 | 4/22/2024 |
| 27 | 3:24-cv-00867-E | King v. AT&T Inc | | | 4/9/2024 | 4/22/2024 |
| 28 | 3:24-cv-00873-E | Randall v. AT&T Inc | | | 4/9/2024 | 4/22/2024 |
| 29 | 3:24-cv-00875-E | Patterson v. AT&T Inc | | | 4/9/2024 | 4/22/2024 |
| 30 | 3:24-cv-00876-E | Abdellatif v. AT&T Inc | | | 4/10/2024 | 4/22/2024 |
| 31 | 3:24-cv-00922-E | Schuster v. AT&T Inc | | | 4/15/2024 | 4/22/2024 |
| 32 | 3:24-cv-00954-E | Eisen et al v. AT&T Inc | | | 4/18/2024 | 6/26/2024 |
| 33 | 3:24-cv-00962-E | Garner et al v. AT&T Inc | | | 4/19/2024 | 6/26/2024 |
| 34 | 3:24-cv-01085-E | Orejudos et al v. AT&T Inc | | | 5/6/2024 | 6/26/2024 |
| 35 | 3:24-cv-01137-E | Ragland v. AT&T Inc | | | 5/13/2024 | 6/26/2024 |
| 36 | 3:24-cv-01144-E | Head v. AT&T Inc | | | 5/14/2024 | 6/26/2024 |
| 37 | 3:24-cv-01208-E | Burris v. AT&T Inc | | | 5/20/2024 | 6/26/2024 |
| 38 | 3:24-cv-01372-E | Gillen v. AT&T Inc | | | 6/5/2024 | 6/26/2024 |
| 39 | 3:24-cv-01385-E | Knight et al v. AT&T Inc | Oklahoma Western | 5:24-cv-00324 | 6/6/2024 | 6/26/2024 |
| 40 | 3:24-cv-01386-E | Williams v. AT&T Inc | | | 6/6/2024 | 6/27/2024 |
| 41 | 3:24-cv-01410-E | Carson v. AT&T Inc | | | 6/7/2024 | 6/27/2024 |
| 42 | 3:24-cv-01438-E | Crockran v. AT&T Inc | | | 6/12/2024 | 6/26/2024 |
| 43 | 3:24-cv-01445-E | Morgenstern v. AT&T Inc | | | 6/13/2024 | 6/26/2024 |
| 44 | 3:24-cv-01456-E | Stephens et al v. AT&T Inc et al | Texas Eastern | 2:24-cv-00373 | 6/14/2024 | 6/27/2024 |
| 45 | 3:24-cv-01458-E | Sanford v. AT&T Inc | Texas Eastern | 2:24-cv-00261 | 6/14/2024 | 6/26/2024 |
| 46 | 3:24-cv-01463-E | Kinchen et al v. AT&T Mobility LLC et al | California Northern | 3:24-cv-02451 | 6/14/2024 | 6/26/2024 |
| 47 | 3:24-cv-01464-E | Penning v. AT&T Inc | California Northern | 3:24-cv-02657 | 6/14/2024 | 6/26/2024 |
| 48 | 3:24-cv-01465-E | Vita et al v. AT&T Inc | California | 5:24-cv-02356 | 6/14/2024 | 6/26/2024 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | 3:24-cv-01473-E | Unruh et al v. AT&T Mobility LLC et al | Georgia Northern | 1:24-cv-01414 | 6/14/2024 | 6/26/2024 |
| 50 | 3:24-cv-01476-E | Hodge v. AT&T Mobility LLC et al | Georgia Northern | 1:24-cv-01475 | 6/14/2024 | 6/26/2024 |
| 51 | 3:24-cv-01478-E | Hasson et al v. AT&T Mobility LLC et al | Georgia Northern | 1:24-cv-01580 | 6/14/2024 | 6/26/2024 |
| 52 | 3:24-cv-01486-E | Oliver v. AT&T Mobility LLC et al | Georgia Northern | 1:24-cv-01690 | 6/17/2024 | 6/26/2024 |
| 53 | 3:24-cv-01487-E | Schaefer v. AT&T Inc et al | Georgia Northern | 1:24-cv-01752 | 6/17/2024 | 6/26/2024 |
| 54 | 3:24-cv-01488-E | Boykin v. AT&T Inc | Illinois Northern | 1:24-cv-02973 | 6/17/2024 | 6/26/2024 |
| 55 | 3:24-cv-01490-E | Doss et al v. AT&T Inc | Missouri Western | 4:24-cv-00234 | 6/17/2024 | 6/26/2024 |
| 56 | 3:24-cv-01503-E | McGreevy et al v. AT&T Inc | Illinois Northern | 1:24-cv-04097 | 6/17/2024 | 6/26/2024 |
| 57 | 3:24-cv-01527-E | Walker v. AT&T Inc | California Eastern | 1:24-cv-00438 | 6/20/2024 | 6/26/2024 |
| 58 | 3:24-cv-01540-E | Berendt et al v. AT&T Inc | Illinois Northern | 1:24-cv-04310 | 6/20/2024 | 6/26/2024 |
| 59 | 3:24-cv-01543-E | Sutherlin v. AT&T Inc | Missouri | 4:24-cv-00740 | 6/21/2024 | 6/26/2024 |
| 60 | 3:24-cv-01568-E | Chernik v. AT&T Inc et al | Illinois | 1:24-cv-03054 | 6/24/2024 | 6/26/2024 |
| 61 | 3:24-cv-01571-E | Telford v. AT&T Inc | California Southern | 3:24-cv-00798 | 6/24/2024 | 6/26/2024 |
| 62 | 3:24-cv-01602-E | Barnett v. AT&T Inc | Florida Southern | 0:24-cv-61028 | 6/26/2024 | 6/26/2024 |
| 63 | 3:24-cv-01617-E | Pires v. AT&T Inc | Florida Southern | 9:24-cv-80744 | 6/27/2024 | 6/27/2024 |
| 64 | 3:24-cv-01620-E | Goldsberry v. AT&T Inc | Florida Southern | 9:24-cv-80746 | 6/27/2024 | 6/27/2024 |
| 65 | 3:24-cv-01663-E | Nguyen v. AT&T Mobility LLC et al | California Northern | 5:24-cv-03574 | 7/1/2024 | |
| 66 | 3:24-cv-01665-E | Carrasco v. AT&T Inc | Texas Eastern | 4:24-cv-00305 | 7/1/2024 | |
| 67 | 3:24-cv-01683-E | Murphy v. AT&T Inc et al | Minnesota | 0:24-cv-02050 | 7/2/2024 | |