# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | § | |
|---|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § | CASE NO. 3:24-cv-00757-E |
| | § § | |
| | § | MDL DOCKET NO.: 3:24-md-03114-E |
| This Document Relates to All Cases | § § § | |

## NOTICE

The Court gives notice of the following live-stream link for remote attendance of the September 18, 2024 Initial Case Management Conference, as previously alluded in Case Management Order #5, (ECF No. 172 at 1):

https://youtube.com/channel/UCdc9kU70WTZGos5zFKwRZvw/live.

**SO ENTERED this 16th day of September, 2024.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE