**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION <br><br> _____ <br> This Document Relates to All Cases <br> _____ | § § § § § § § § § § § CASE NO. 3:24-cv-00757-E <br><br> MDL DOCKET NO. 3:24-md-03114-E |

<u>**CASE MANAGEMENT ORDER #17**</u>

<u>**ORDER APPOINTING RICHARD J. ARSENAULT AS SPECIAL CLAIMS ADMINISTRATION MASTER**</u>

On September 3, 2025, the Court issued Case Management Order #15 in which it noted the complexity of the issues involved in this case and gave the Parties notice of its request that Richard J. Arsenault consider serving as Special Claims Administration Master in this proceeding pursuant to Federal Rule of Civil Procedure 53(b). (ECF No. 326); *see* Fed. R. Civ. P. 53(b). The Order noted that "the Court has contacted Richard J. Arsenault to request that he consider serving as Special Claims Administration Master in this proceeding with the understanding that his appointment be with the consent of the Parties, as required under Fed. R. Civ. P. 53 (a)(1)(A)[.]" (ECF No. 326 at 1). Case Management Order #15 detailed Richard J. Arsenault's: (i) duties as Special Claims Administration Master; (ii) communications; (iii) special master's record; (iv) review of special master's rulings; (v) compensation; (vi) affidavit; (vii) cooperation; and (viii) access to information. (ECF No. 326); *see generally* Fed. R. Civ. P. 53(b). For the convenience of the Parties and the purpose of this Order Appointing Richard J. Arsenault as Special Claims Administration Master—**this Order**

**incorporates by reference Case Management Order #15 and each of its according provisions**. (ECF No. 326).

On September 8, 2025, Richard J. Arsenault filed his Affidavit—wherein he disclosed whether there is any ground for disqualification under 28 U.S.C. § 455. (ECF No. 331). Richard J. Arsenault stated, *inter alia*:

> [I]n light of my disclaimer and waiver of any interest or recovery against AT&T in connection with this litigation, I am not aware of any grounds for my disqualification under 28 U.S.C. § 455.

(ECF No. 331 at 3).

On September 3, 2025, Plaintiffs' Lead and Liaison Counsel together with the Plaintiff's Class Counsel for AT&T 1 and AT&T 2 filed their notice, which consented to the appointment of Richard J. Arsenault as Special Claims Administration Master in this multidistrict litigation proceeding. (ECF No. 328). On September 8, 2025, AT&T Inc.—on behalf of all AT&T defendants—filed its notice, which consented to the appointment of Richard J. Arsenault as Special Claims Administration Master in this multidistrict litigation proceeding. (ECF No. 329).

In light of the Parties' consent and the Court's Case Management Order #15 referenced herein, it is **ORDERED** that Richard J. Arsenault is appointed as Special Claims Administration Master in this multidistrict litigation action in accordance with Federal Rule of Civil Procedure 53. A copy of this Order will be sent by the Clerk to the Special Claims Administration Master and to all Counsel having appeared for the Parties.

**IT IS SO ORDERED.**

Signed this 23rd day of September, 2025.

Ada E. Brown
UNITED STATES DISTRICT JUDGE