IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Cases | § § § § § § § § § § | CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

**ORDER GRANTING JOINT MOTION TO AMEND
<u>PRELIMINARY APPROVAL ORDER TO EXTEND CERTAIN DEADLINES</u>**

On October 1, 2025, Plaintiffs and AT&T Inc.—on behalf of the AT&T defendants ("AT&T", and with Plaintiff leadership, "the Parties")[1]—filed a joint motion seeking to amend the Court's Preliminary Approval Order ("Order"), Dkt. 298, to extend certain deadlines related to the preliminarily approved Settlement. ("Motion").

The Court has reviewed the Motion and the reasons for the requested extension. Given the ongoing administration of the settlement, the importance of these proceedings, and continuing class member interest in the settlement, the Court agrees that an extension of the remaining deadlines in the action would be beneficial to the proposed Settlement Class and the administration of the preliminarily approved Settlement.

For these reasons, the Motion is GRANTED, and the Court amends paragraph 25 of the Order to reflect the following deadlines:

---

[1] The AT&T Defendants include AT&T Inc., AT&T Corporation and AT&T Mobility LLC.

| Event | Deadline |
|---|---|
| **Notice Program Complete** | November 17, 2025 |
| **Deadline to file Motion for Final Approval and Application/s for Attorneys' Fees, Costs, and Service Awards** | November 3, 2025 |
| **Opt-Out Deadline** | November 17, 2025 |
| **Objection Deadline** | November 17, 2025 |
| **Reminder Email Deadline** | December 1, 2025 |
| **Deadline to Respond to Objections** | December 18, 2025 |
| **Deadline to Submit Claim Forms** | December 18, 2025 |
| **Final Approval Hearing** | **Thursday, January 15, 2026, at 9:00 a.m., Central Standard Time** |

Also, the Court amends paragraph 26 of the Order to reflect the following deadlines agreed to by the Parties:

| Event | Deadline |
|---|---|
| **Final Report of Settlement Administrator regarding the number of written requests for exclusions and other items.** | November 21, 2025 |
| **Last day for Defendants to notify Class Counsel and the Court of their intent to terminate this Agreement if a specified number of Settlement Class members opt-out of the Settlement** | December 1, 2025 |
| **Deadline to reply to claim deficiency letter and provide requested information.** | December 18, 2025, or 20 days from date Notice of Deficiency sent, whichever is later |

2

| Event | Deadline |
|---|---|
| **Settlement Administrator to provide report summarizing number and breakdown of claims.** | December 22, 2025 |
| **Settlement Administrator to provide declaration regarding results of Notice Program.** | December 30, 2025 |

**SO ORDERED: October 3, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE