**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>_____<br>This Document Relates to All Cases<br>_____ | § § § § § § § § § § § CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

## ORDER APPROVING THE SPECIAL CLAIMS ADMINISTRATION MASTER'S REQUEST TO ENGAGE EXPERT CONSULTANT JOHN KOEHL

On October 17, 2025, the Special Claims Administration Master, Richard J. Arsenault, filed an Unopposed Request and Notice for Court Approval to Engage Expert Consultant John Koehl pursuant to this Court's Case Management Orders #15 and #17.

Having considered the Special Claims Administration Master's Request for Approval and the lack of opposition to said engagement, the Court finds the Request to be reasonable, and further finds the engagement of expert consultant John Koehl prudent and necessary to assist the Special Claims Administration Master in the performance of his duties in this matter.

Accordingly, Special Claims Administration Master's Request for Approval is **GRANTED.**

Mr. Koehl's engagement and work shall be limited to that authorized by the Special Claims Administration Master.

Mr. Koehl shall be compensated at a rate of $250 per hour, and be reimbursed for all reasonable expenses as may be necessary to complete his work in this matter, with such

compensation and reimbursements to be paid from the Settlement Fund as an administrative expense, subject to Court approval.

From time to time, on approximately a monthly basis, Mr. Koehl shall prepare an Itemized Statement of fees and expenses (not to include overhead) which will be submitted to the Court *in camera* by the Special Claims Administration Master in tandem with the Special Master's own *in camera* submission. These *in camera* submissions will include a proposed order which, if the Court determines the combined Itemized Statements are reasonable, will approve same and direct the Settlement Administrator to make payment within twenty (20) days from Court's filing of said order.

To the extent Mr. Koehl may be provided access to Settlement Class information in the course of his engagement, Mr. Koehl shall be subject to the confidentiality requirements of ¶ 175 of the Settlement Agreement. Consequently, within seven (7) calendar days of the signing of this Order, Mr. Koehl shall execute a sworn declaration or other document, in a form and substance approved by the Special Claims Administration Master, personally submitting to the jurisdiction of this Court and expressing his personal agreement to be strictly bound by the confidentiality requirements of ¶ 175 of the Settlement Agreement.

**IT IS SO ORDERED**.

Signed this 21st day of October, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE