**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § | CASE NO. 3:24-cv-00757-E<br>MDL DOCKET NO. 3:24-md-03114-E |
| This Document Relates to All Cases | § § § | |

# DECLARATION OF JOHN KOEHL

I, JOHN KOEHL, individually and on behalf of Koehl Consulting, LLC, hereby state and declare the following:

1. I understand that the Court has approved my engagement to serve as an expert consultant to assist the Special Claims Administration Master, Richard J. Arsenault, in the performance of his duties in the above-captioned matter.

2. I knowingly and willingly accept this engagement, and fully understand that my engagement and work is limited to that authorized by the Special Claims Administration Master.

3. I fully understand, acknowledge, and accept that, to the extent I may be provided access to Settlement Class information in the course of my engagement, I am subject to and strictly bound by the confidentiality requirements of ¶ 175 of the Settlement Agreement.

4. I have been provided an electronic copy of the Settlement Agreement, and have carefully reviewed and fully understand the confidentiality requirements of ¶ 175 of the Settlement Agreement.

5. I personally consent and submit to the Court's jurisdiction relating to my engagement and work performed in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22ND, 2025.

[signature]

**JOHN KOEHL, MBA, PMP, CSM, MCP**
*Koehl Consulting, LLC*