UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

<u>**ORDER APPROVING SPECIAL CLAIMS ADMINISTRATION MASTER RICHARD J. ARSENAULT'S SUMMARY STATEMENT OF FEES AND EXPENSES FOR OCTOBER 2025 TO DECEMBER 2025**</u>
<u>**AND**</u>
<u>**ORDER APPROVING EXPERT CONSULTANT JOHN KOEHL'S SUMMARY STATEMENT OF FEES AND EXPENSES FOR OCTOBER 2025 TO DECEMBER 2025**</u>

On September 3, 2025, the Court provided notice and opportunity regarding the appointment of Richard J. Arsenault as Special Claims Administration Master through Case Management Order #15. (ECF No. 326). *Inter alia*, this notice provided the following on compensation to the Special Claims Administration Master:

> Rule 53(b)(2)(E) states that the Court must set forth the basis, terms, and procedure for fixing the Special Claims Administration Master's compensation. Fed. R. Civ. P. 53(g) (addressing compensation). The Court proposes that Richard J. Arsenault be compensated at a rate of $850 per hour. It is anticipated that Richard J. Arsenault will be assisted by his law firm's staff who will be compensated at the rate of $600 an hour for experienced complex litigation counsel and $75 an hour for paralegal support staff. If Richard J. Arsenault requires other assistance in the performance of his duties as Special Claims Administration Master, he will seek said assistance only after giving notice to the Parties and approval of the Court. *The reasonable fees and expenses of the Special Claims Administration Master and his staff shall be paid from the Settlement Fund as an administrative expense, subject to Court approval. The Special Claims Administration Master shall incur only such fees and expenses as may be reasonably necessary to fulfill his duties under this Order, or such other Orders as the Court may issue.* The Court has "consider[ed] the fairness of imposing the likely expenses on the parties and [has taken steps to] protect against unreasonable expense or delay." Rule 53(a)(3).
>
> *From time to time, on approximately a monthly basis, the Special Claims Administration Master shall file an Itemized Statement of fees and expenses (not to include overhead) with a signature line for the Court, accompanied by the*

> *statement "approved for disbursement."* If the Court determines the Itemized Statement is reasonable, the Court will approve the Itemized Statement and direct that it be transmitted it to the Settlement Administrator for payment. Payment is due within twenty (20) calendar days from Court approval.

(ECF No. 326 at 6-7) (emphasis added). On September 8, 2025, Richard J. Arsenault filed his Affidavit—wherein he disclosed whether there is any ground for disqualification under 28 U.S.C. § 455. (ECF No. 331). On September 3, 2025, Plaintiffs' Lead and Liaison Counsel together with the Plaintiff's Class Counsel for AT&T 1 and AT&T 2 filed their notice, which consented to the appointment of Richard J. Arsenault as Special Claims Administration Master in this multidistrict litigation proceeding. (ECF No. 328). On September 8, 2025, AT&T Inc.—on behalf of all AT&T defendants—filed its notice, which consented to the appointment of Richard J. Arsenault as Special Claims Administration Master in this multidistrict litigation proceeding. (ECF No. 329). On September 23, 2025, the Court appointed Richard J. Arsenault as Special Claims Administration Master in accordance with Federal Rule of Civil Procedure 53—incorporating Case Management Order #15. (ECF No. 335); (*See* ECF No. 326).

Thereafter and in accordance with Case Management Orders #15 and #17—Special Claims Administration Master Arsenault requested Court approval to engage Expert Consultant John Koehl. (ECF No. 346). On October 21, 2025, the Court approved engagement of Expert Consultant John Koehl. (ECF No. 347). *Inter alia*, the Court's orders on Koehl's compensation are as follows:

> Mr. Koehl shall be compensated at a rate of $250 per hour, and be reimbursed for all reasonable expenses as may be necessary to complete his work in this matter, with such compensation and reimbursements to be paid from the Settlement Fund as an administrative expense, subject to Court approval.
>
> *From time to time, on approximately a monthly basis, Mr. Koehl shall prepare an Itemized Statement of fees and expenses (not to include overhead) which will be submitted to the Court in camera by the Special Claims Administration Master in tandem with the Special Master's own in camera submission. These in camera submissions will include a proposed order which, if the Court determines the combined Itemized Statements are reasonable, will approve same and direct the*

> *Settlement Administrator to make payment within twenty (20) days from Court's filing of said order.*

(ECF No. 347 at 1-2) (emphasis added).

Richard J. Arsenault has filed *in camera* his itemized fees and expenses for September 2025; October 2025; November 2025; and December 2025. Richard J. Arsenault has also filed *in camera* Expert Consultant John Koehl's combined itemized fees and expenses for October 2025; November 2025; and December 2025. The Court herein approves Special Claims Administration Master Arsenault and Expert Consultant John Koehl's itemized fees and expenses as follows.

(*Orders continue on next page*).

## I. SPECIAL CLAIMS ADMINISTRATION MASTER ARSENAULT – ITEMIZED FEES AND EXPENSES FOR SEPTEMBER 2025.

Having reviewed the Itemized Statement of Fees and Expenses submitted *in camera* by Special Claims Administration Master Richard J. Arsenault for his services and his law firm's staff, which includes experienced complex litigation counsel, and having determined that the Itemized Statement for the month of September 2025 is reasonable, the sum of $66,484.30 is hereby **APPROVED FOR DISBURSEMENT**.

Because the Itemized Statement of Fees and Expenses submitted by the Special Master reveals confidential and/or privileged information or communications, the Court shall maintain it under seal and it shall not be made available to the public or counsel. *See e.g.*, *In re: DePuy Orthopedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, Supplemental Order regarding Special Master Compensation, No. 3:11-md-2244-K (MDL 2244), (ECF No. 128 at 2-3), (N.D. Tex. Dallas Div., Apr. 30, 2012) (employing and referencing similar procedure for court-appointed special masters in MDL cases including by Judge Ann Aldrich in *In re: Oral Sodium Phosphate Solution-Based Products*, Judge Sarah Evans Barker in *In Re: Bridgestone/Firestone*, and Judge Kathleen M. O'Malley in *In re: Welding Fumes Products Liability Litigation*).

The fees and expenses incurred for the month of September 2025 by Special Claims Administration Master Richard J. Arsenault and his law firm staff are set out in the attached Summary Statement of Fees and Expenses.

Pursuant to this Court's Case Management Orders #15 and #17, a copy of this Order shall be transmitted to the Settlement Administrator by the Special Claims Administration Master via email, and the Settlement Administrator is hereby **ORDERED** to pay the Special Claims Administration Master Sixty-Six Thousand Four Hundred Eighty-Four Dollars and Thirty Cents ($66,484.30) within twenty (20) calendar days of the date this Order is entered. This amount shall

be paid from the Settlement Fund as an administrative expense. The Settlement Administrator shall and is hereby directed to contact Richard J. Arsenault for ACH or wire transfer instructions.

## II. SPECIAL CLAIMS ADMINISTRATION MASTER ARSENAULT – ITEMIZED FEES AND EXPENSES FOR OCTOBER 2025.

Having reviewed the Itemized Statement of Fees and Expenses submitted *in camera* by Special Claims Administration Master Richard J. Arsenault for his services and his law firm's staff, which includes experienced complex litigation counsel, and having determined that the Itemized Statement for the month of October 2025 is reasonable, the sum of $81,066.55 is hereby **APPROVED FOR DISBURSEMENT**.

Because the Itemized Statement of Fees and Expenses submitted by the Special Master reveals confidential and/or privileged information or communications, the Court shall maintain it under seal and it shall not be made available to the public or counsel. *See e.g.*, *In re: DePuy Orthopedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, Supplemental Order regarding Special Master Compensation, No. 3:11-md-2244-K (MDL 2244), (ECF No. 128 at 2-3), (N.D. Tex. Dallas Div., Apr. 30, 2012) (employing and referencing similar procedure for court-appointed special masters in MDL cases including by Judge Ann Aldrich in *In re: Oral Sodium Phosphate Solution-Based Products*, Judge Sarah Evans Barker in *In Re: Bridgestone/Firestone*, and Judge Kathleen M. O'Malley in *In re: Welding Fumes Products Liability Litigation*).

The fees and expenses incurred for the month of October 2025 by Special Claims Administration Master Richard J. Arsenault and his law firm staff are set out in the attached Summary Statement of Fees and Expenses.

Pursuant to this Court's Case Management Orders #15 and #17, a copy of this Order shall be transmitted to the Settlement Administrator by the Special Claims Administration Master via email, and the Settlement Administrator is hereby **ORDERED** to pay the Special Claims

Administration Master Eighty-One Thousand Sixty-Six Dollars and Fifty-Five Cents ($81,066.55) within twenty (20) calendar days of the date this Order is entered. This amount shall be paid from the Settlement Fund as an administrative expense. The Settlement Administrator shall and is hereby directed to contact Richard J. Arsenault for ACH or wire transfer instructions.

### III.    SPECIAL CLAIMS ADMINISTRATION MASTER ARSENAULT – ITEMIZED FEES AND EXPENSES FOR NOVEMBER 2025.

Having reviewed the Itemized Statement of Fees and Expenses submitted *in camera* by Special Claims Administration Master Richard J. Arsenault for his services and his law firm's staff, which includes experienced complex litigation counsel, and having determined that the Itemized Statement for the month of November 2025 is reasonable, the sum of $66,334.45 is hereby **APPROVED FOR DISBURSEMENT**.

Because the Itemized Statement of Fees and Expenses submitted by the Special Master reveals confidential and/or privileged information or communications, the Court shall maintain it under seal and it shall not be made available to the public or counsel. *See e.g.*, *In re: DePuy Orthopedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, Supplemental Order regarding Special Master Compensation, No. 3:11-md-2244-K (MDL 2244), (ECF No. 128 at 2-3), (N.D. Tex. Dallas Div., Apr. 30, 2012) (employing and referencing similar procedure for court-appointed special masters in MDL cases including by Judge Ann Aldrich in *In re: Oral Sodium Phosphate Solution-Based Products*, Judge Sarah Evans Barker in *In Re: Bridgestone/Firestone*, and Judge Kathleen M. O'Malley in *In re: Welding Fumes Products Liability Litigation*).

The fees and expenses incurred for the month of November 2025 by Special Claims Administration Master Richard J. Arsenault and his law firm staff are set out in the attached Summary Statement of Fees and Expenses.

Pursuant to this Court's Case Management Orders #15 and #17, a copy of this Order shall

be transmitted to the Settlement Administrator by the Special Claims Administration Master via email, and the Settlement Administrator is hereby **ORDERED** to pay the Special Claims Administration Master Sixty-Six Thousand Three Hundred Thirty-Four Dollars and Forty-Five Cents ($66,334.45) within twenty (20) calendar days of the date this Order is entered. This amount shall be paid from the Settlement Fund as an administrative expense. The Settlement Administrator shall and is hereby directed to contact Richard J. Arsenault for ACH or wire transfer instructions.

### IV. SPECIAL CLAIMS ADMINISTRATION MASTER ARSENAULT – ITEMIZED FEES AND EXPENSES FOR DECEMBER 2025.

Having reviewed the Itemized Statement of Fees and Expenses submitted *in camera* by Special Claims Administration Master Richard J. Arsenault for his services and his law firm's staff, which includes experienced complex litigation counsel, and having determined that the Itemized Statement for the month of December 2025 is reasonable, the sum of $33,857.40 is hereby **APPROVED FOR DISBURSEMENT**.

Because the Itemized Statement of Fees and Expenses submitted by the Special Master reveals confidential and/or privileged information or communications, the Court shall maintain it under seal and it shall not be made available to the public or counsel. *See e.g.*, *In re: DePuy Orthopedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, Supplemental Order regarding Special Master Compensation, No. 3:11-md-2244-K (MDL 2244), (ECF No. 128 at 2-3), (N.D. Tex. Dallas Div., Apr. 30, 2012) (employing and referencing similar procedure for court-appointed special masters in MDL cases including by Judge Ann Aldrich in *In re: Oral Sodium Phosphate Solution-Based Products*, Judge Sarah Evans Barker in *In Re: Bridgestone/Firestone*, and Judge Kathleen M. O'Malley in *In re: Welding Fumes Products Liability Litigation*).

The fees and expenses incurred for the month of December 2025 by Special Claims Administration Master Richard J. Arsenault and his law firm staff are set out in the attached

Summary Statement of Fees and Expenses.

Pursuant to this Court's Case Management Orders #15 and #17, a copy of this Order shall be transmitted to the Settlement Administrator by the Special Claims Administration Master via email, and the Settlement Administrator is hereby **ORDERED** to pay the Special Claims Administration Master Thirty-Three Thousand Eight Hundred Fifty-Seven Dollars and Forty Cents ($33,857.40) within twenty (20) calendar days of the date this Order is entered. This amount shall be paid from the Settlement Fund as an administrative expense. The Settlement Administrator shall and is hereby directed to contact Richard J. Arsenault for ACH or wire transfer instructions.

### V. EXPERT CONSULTANT JOHN KOEHL'S – SUMMARY ITEMIZED FEES AND EXPENSES FOR OCTOBER 2025 TO DECEMBER 2025.

Having reviewed the Itemized Statement of Fees and Expenses submitted *in camera* by Expert Consultant John Koehl for services provided, and having determined that the Itemized Statement for the months of October through December 2025 is reasonable, the sum of $13,250.00 is hereby **APPROVED FOR DISBURSEMENT**.

Because the Itemized Statement of Fees and Expenses submitted by Expert Consultant John Koehl reveals confidential and/or privileged information or communications, the Court shall maintain it under seal and it shall not be made available to the public or counsel. *See e.g.*, *In re: DePuy Orthopedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, Supplemental Order regarding Special Master Compensation, No. 3:11-md-2244-K (MDL 2244), (ECF No. 128 at 2-3), (N.D. Tex. Dallas Div., Apr. 30, 2012) (employing and referencing similar procedure for court-appointed special masters in MDL cases including by Judge Ann Aldrich in *In re: Oral Sodium Phosphate Solution-Based Products*, Judge Sarah Evans Barker in *In Re: Bridgestone/Firestone*, and Judge Kathleen M. O'Malley in *In re: Welding Fumes Products Liability Litigation*).

The fees and expenses incurred for the months of October through December 2025 by

Expert Consultant John Koehl are set out in the attached Summary Statement of Fees and Expenses.

Pursuant to this Court's October 21, 2025 Order approving the engagement of Expert Consultant John Koehl (ECF No. 347), as well as Case Management Orders #15 and #17, a copy of this Order shall be transmitted to the Settlement Administrator by the Special Claims Administration Master via email, and the Settlement Administrator is hereby **ORDERED** to pay Expert Consultant John Koehl Thirteen Thousand Two Hundred Fifty Dollars ($13,250.00) within twenty (20) calendar days of the date this Order is entered. This amount shall be paid from the Settlement Fund as an administrative expense. The Settlement Administrator shall and is hereby directed to contact John Koehl for payment instructions.

SO ENTERED this 21st day of January, 2026.

_____
**ADA BROWN
UNITED STATES DISTRICT JUDGE**