**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA** §<br>**SECURITY BREACH LITIGATION** §<br>§<br>§<br>§<br>*This Document Relates to All Case* §<br>§ | CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

<u>**ORDER APPROVING SPECIAL CLAIMS ADMINISTRATION MASTER'S AND**</u>
<u>**EXPERT CONSULTANT'S FEBRUARY 2026 FEES AND EXPENSES**</u>

Pursuant to this Court's February 20, 2026 Order (Dkt. 72), Special Claims Administration Master Richard J. Arsenault has submitted *in camera* his final invoice, more specifically his February 2026 itemized fees and expenses along with those of Expert Consultant John Koehl.

Having reviewed the *in camera* submissions, and having determined that the Itemized Statements for the month of February 2026 are reasonable, the sums of $5,846.50 and $3,687.50 are hereby **APPROVED FOR DISBURSEMENT**.

Because the Itemized Statements of Fees and Expenses reveal confidential and/or privileged information or communications, the Court shall maintain them under seal and it shall not be made available to the public or counsel. *See e.g.*, *In re: DePuy Orthopedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, Supplemental Order regarding Special Master Compensation, No. 3:11-md-2244-K (MDL 2244), (ECF No. 128 at 2-3), (N.D. Tex. Dallas Div., Apr. 30, 2012) (employing and referencing similar procedure for court-appointed special masters in MDL cases including by Judge Ann Aldrich in *In re: Oral Sodium Phosphate Solution-Based Products*, Judge Sarah Evans Barker in *In Re: Bridgestone/Firestone*, and Judge Kathleen M. O'Malley in *In re: Welding Fumes Products Liability Litigation*).

The fees and expenses incurred for the month of February 2026 by Special Claims

ORDER

Administration Master Richard J. Arsenault and by Expert Consultant John Koehl are set out in the attached Summary Statements of Fees and Expenses.

Pursuant to this Court's Case Management Orders #15 and #17, and this Court's October 21, 2025 Order approving the engagement of Expert Consultant John Koehl (ECF No. 347), a copy of this Order shall be transmitted to the Settlement Administrator by the Special Claims Administration Master via email, and the Settlement Administrator is hereby **ORDERED** to pay the Special Claims Administration Master Five Thousand Eight Hundred Forty-Six Dollars and Fifty Cents ($5,846.50) and Expert Consultant John Koehl Three Thousand Six Hundred Eighty-Seven Dollars and Fifty Cents ($3,687.50) as soon as reasonably possible. These amounts shall be paid from the Settlement Fund as an administrative expense. The Settlement Administrator shall and is hereby directed to contact Richard J. Arsenault and John Koehl for payment instructions.

**SO ENTERED this 19th day of March, 2026.**

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**

ORDER

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** § § § § § § § § | CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |
| *This Document Relates to All Case* | |

**SPECIAL CLAIMS ADMINISTRATION MASTER RICHARD J. ARSENAULT'S**
**SUMMARY STATEMENT OF FEES AND EXPENSES FOR FEBRUARY 2026**

**TOTAL FEES FOR SERVICE:**       $       $5,837.50

**TOTAL EXPENSES:**       $       9.00

**TOTAL FEES AND EXPENSES:**       $       $5,846.50

Respectfully Submitted:

/s/ Richard J. Arsenault
RICHARD J. ARSENAULT
Neblett, Beard & Arsenault
2220 Bonaventure Ct.
Alexandria, Louisiana 71301
Phone: (318) 561-2500
Email: rarsenault@nbalawfirm.com

*SPECIAL   CLAIMS   ADMINISTRATION*
*MASTER*

Summary Statement of Fees and Expenses

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | § § § § § § § § | CASE NO. 3:24-cv-00757-E |
| *This Document Relates to All Case* |  | MDL DOCKET NO. 3:24-md-03114-E |

**EXPERT CONSULTANT JOHN KOEHL'S**
**SUMMARY STATEMENT OF FEES AND EXPENSES FOR FEBRUARY 2026**

**TOTAL FEES FOR SERVICE:**        $        3,687.50

**TOTAL EXPENSES:**                    $            0.00

**TOTAL FEES AND EXPENSES:**      $        3,687.50

Respectfully Submitted:

/s/ John Koehl
JOHN KOEHL
Koehl Consulting, LLC
18130 Vis-à-vis Ave.
Baton Rouge, LA 70817
Email: john@koehlconsulting.com

---

Summary Statement of Fees and Expenses